# United States Court of Appeals
## For the First Circuit

---

No. 04-1058

LINDA L. ELLISON,

Plaintiff, Appellant,

v.

DAVID BROCK, CHIEF JUSTICE, NEW HAMPSHIRE SUPREME COURT,

Defendant, Appellee.

---

ERRATA

The judgment of this Court, issued on June 21, 2004, should be amended as follows:

On page 4, line 22, delete the bracket after "supported".

On page 6, line 2, replace "motion to dismiss" with "motion for reconsideration".

On page 6, line 7, replace "judgement" with "judgment".